IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01383-RPM-KLM

SANDRA SHOCK,

    Plaintiff,

v.

VANDENBERG, CHASE AND ASSOCIATES LLC,

    Defendant.

---

## ORDER FOR ENTRY OF JUDGMENT

---

Upon consideration of the Recommendation of United States Magistrate Judge Kristen L. Mix, entered March 18, 2013, and the supporting papers for the plaintiff's motion for default judgment [12], the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

ORDERED that judgment shall enter for the plaintiff Sandra Shock to recover from the defendant Vandenberg, Chase and Associates LLC the amount of $4,929.00 which includes statutory damages, attorney's fees, and costs.

DATED: May 21st, 2013

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge